O/JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MOHAMED SHAEKI SHABAAN,  ) Case No. CV 13-4407 JVS (JCG)
             Plaintiff,  )
               )
         v.  ) **JUDGMENT**
               )
CAROLYN W. COLVIN,  )
COMMISSIONER OF SOCIAL  )
SECURITY ADMINISTRATION,  )
               )
             Defendant.  )
               )

      IT IS ADJUDGED that, for the reasons set forth in the Magistrate Judge's
Report and Recommendation, the decision of the Commissioner of the Social
Security Administration is **AFFIRMED** and this action is **DISMISSED WITH
PREJUDICE**.

DATED: March 13, 2015

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE